### McGIFFIN v. STOUT.

An infant may bring an action on a contract, but he must sue by guardian or next friend.

---

*Certiorari* to Justice ———.

The action was brought by Stout upon a contract with McGiffin. McGiffin pleaded, before the justice, that Stout was under age when the contract was made, and requested the suit to be dismissed. Stout's father, however, swore that he permitted his son to buy and sell, upon which the justice proceeded with the action.

——————— v. Campbell.

PER CUR. Stout being an infant is no objection against his action, but then he must sue by guardian or next friend, and not having done this, the judgment must be reversed. His father's permission is nothing to the objection.

Judgment reversed.

CITED *in Smith* v. *Van Houten*, 4 *Hal.* 381–475.